Certificate Number: 03088-FLN-CC-032147230



03088-FLN-CC-032147230

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 11, 2019</u>, at <u>9:29</u> o'clock <u>PM CST</u>, <u>Maame-Mensima A Horne</u> received from <u>Debt Education and Certification Foundation</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Florida</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:  January 11, 2019            By:  /s/Crystal Towner

                                   Name:  Crystal Towner

                                   Title:  Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).