IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

                                                                CASE NO. 19-10059-KKS
                                                                     CHAPTER 7

IN RE:

**MAAME-MENSIMA ALBERTHA HORNE,**

      **Debtors.**
_____/

## DEBTOR'S STATEMENT OF NO EMPLOYMENT INCOME

The Debtor had no employment income within 60 days of the petition date.

Dated this 8th day of March 2019.

                                        /s/ Barbara A. Cusumano
                                        Barbara A. Cusumano, Esq.
                                        Law Office of Barbara A. Cusumano, PA
                                        Florida Bar No. 0964859
                                        Attorney for the Debtor(s)
                                        2727 NW 43rd Street, Suite 2A
                                        Gainesville, FL 32601
                                        (352) 379-2828
                                        Barbara@BarbaraDebtLaw.com