United States Bankruptcy Court
Northern District of Florida

In re:                                                                  Case No. 19-10059-KKS
Maame-Mensima Albertha Horne                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 1129-1          User: admin              Page 1 of 1              Date Rcvd: Mar 11, 2019
                              Form ID: b309a           Total Noticed: 12
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2019.
db             +Maame-Mensima Albertha Horne,    1034 NE 31st Avenue,    Gainesville, FL 32609-2336
smg            +U.S. Attorney (Tallahassee Office),    111 N. Adams Street,    Fourth Floor,
                 Tallahassee, FL 32301-7736
2266741        +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
2266742        +Doctor's Ambulance Service,    23091 Terra Drive,    Laguna Hills, CA 92653-1368
2266743        +Fidelity Creditor Service,    Attn: Bankruptcy,    441 North Varney Street,
                 Burbank, CA 91502-1733
2266745         Mount Sinai Physicians Group,    P.O. Box 27761,    New York, NY 10087-7761
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: Barbara@BarbaraDebtLaw.com Mar 12 2019 02:33:47      Barbara A. Cusumano,
                 Barbara A. Cusumano, Attorney at Law,    2727 NW 43rd Street, Suite 2A,
                 Gainesville, FL   32606
tr             +EDI: BTMBENDER.COM Mar 12 2019 06:33:00      Theresa M. Bender,    P.O. Box 14557,
                 Tallahassee, FL 32317-4557
smg             EDI: FLDEPREV.COM Mar 12 2019 06:33:00      Florida Dept. of Labor/Employment Security,
                 c/o Florida Dept. of Revenue,    P.O. Box 6668,    Tallahassee, FL 32314-6668
smg             EDI: FLDEPREV.COM Mar 12 2019 06:33:00      Florida Dept. of Revenue,    Bankruptcy Unit,
                 P.O. Box 6668,    Tallahassee, FL 32314-6668
ust            +E-mail/Text: ustpregion21.TL.ecf@usdoj.gov Mar 12 2019 02:33:55      United States Trustee,
                 110 E. Park Avenue,    Suite 128,    Tallahassee, FL 32301-7728
2266746        +EDI: DRIV.COM Mar 12 2019 06:33:00      Santander Consumer USA,    Chrysler Capital,
                 Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
                                                                                               TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2266744        ##+Fidelity Creditors Service,    216 S Louise St.,    Glendale, CA 91205-1637
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2019 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Maame–Mensima Albertha Horne** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7247 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Florida** | | Date case filed for chapter   **7**   **3/8/19** |
| Case number:   **19–10059–KKS** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                               07/18

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully. To protect your rights, consult an attorney.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov to quickly receive court-issued notices and orders by email. This program is FREE.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Maame–Mensima Albertha Horne | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1034 NE 31st Avenue <br> Gainesville, FL 32609 | |
| 4. | **Debtor's attorney** <br> Name and address | Barbara A. Cusumano <br> Barbara A. Cusumano, Attorney at Law <br> 2727 NW 43rd Street, Suite 2A <br> Gainesville, FL 32606 | Contact phone 352–379–2828 <br><br> Email: <br> Barbara@BarbaraDebtLaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Theresa M. Bender <br> P.O. Box 14557 <br> Tallahassee, FL 32317 | Contact phone 850–205–7777 <br><br> Email:  tmbenderch7@gmail.com |

**For more information, see page 2 >**

Debtor **Maame–Mensima Albertha Horne**        Case number **19–10059–KKS**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 110 E. Park Ave., Ste. 100 <br> Tallahassee, FL 32301 | Hours open 9:00am – 4:00pm <br><br> Contact phone 1–866–639–4615 <br><br> Date: 3/9/19 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 1, 2019 at 10:00 AM, ET** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> ***\*\*\* Valid photo identification and proof of Social Security Number required \*\*\**** | Location: <br><br> **Jury Assembly Room, U.S. Courthouse, 401 S.E. First Avenue, Gainesville, FL** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/1/19** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page **2**