Form ntfrm23n (Rev. 12/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

In Re:  Maame−Mensima Albertha Horne          Bankruptcy Case No.:   19−10059−KKS
SSN/ITIN: xxx−xx−7247
   Debtor

Chapter:  7
Judge:  Karen K. Specie

### NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT

   Notice is hereby given that, subject to limited exceptions, individual debtors must complete an instructional course in personal financial management in order to receive a discharge under Chapter 7 (11 U.S.C. § 727), Chapter 11 (11 U.S.C. § 1141(d)(3)) and Chapter 13 (11 U.S.C. § 1328(g)). Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, unless an approved provider of the course has notified the court that the debtor has completed the course after filing the petition, the debtor(s) must complete and file a Certification About a Financial Management Course (Official Form 423) as described in 11 U.S.C. § 111 within the timelines specified below:

**To comply with this requirement the debtor(s) must complete the financial management course AFTER the filing of the petition. If the certificate of completion of the financial management course pre−dates the filing of the petition the case may be closed without entry of an Order of Discharge.**

**CHAPTER 7:** The certification must be filed within 60 days after the date first set for the Section 341 Meeting of Creditors. In converted cases, the certification must be filed no later than 60 days after the date first set for the Chapter 7 Section 341 Meeting of Creditors.

**CHAPTER 11 and 13:** The certification must be filed no later than the last payment made as required by the plan OR the filing of a motion for entry of a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code.

   Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the certification, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: June 12, 2019                                   FOR THE COURT
                                                       Traci E. Abrams, Clerk of Court
                                                       110 E. Park Ave., Ste. 100
                                                       Tallahassee, FL 32301

**Service**: Service by the Court to all parties in interest

   *NOTE: Official Form 423 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) is available on the court's website and may be used for this purpose.*