United States Bankruptcy Court
Northern District of Florida

In re:                                                                  Case No. 19-10059-KKS
Maame-Mensima Albertha Horne                                            Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 1129-1          User: admin              Page 1 of 1           Date Rcvd: Jun 12, 2019
                              Form ID: ntfrm23n        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2019.
db             +Maame-Mensima Albertha Horne,    1034 NE 31st Avenue,    Gainesville, FL 32609-2336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2019 at the address(es) listed below:
      Barbara A. Cusumano    on behalf of Debtor Maame-Mensima Albertha Horne Barbara@BarbaraDebtLaw.com,
       BarbaraDebtLaw.CaseManager@gmail.com
      Theresa M. Bender    tmbenderch7@gmail.com,
       FL62@ecfcbis.com;tbenderassist@yahoo.com;tmbenderch7@ecf.inoruptcy.com
      United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                                                                                 TOTAL: 3

Form ntfrm23n (Rev. 12/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

In Re: Maame−Mensima Albertha Horne
SSN/ITIN: xxx−xx−7247
   Debtor

Bankruptcy Case No.: 19−10059−KKS

Chapter: 7
Judge: Karen K. Specie

*NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION
OF COURSE IN PERSONAL FINANCIAL MANAGEMENT*

   Notice is hereby given that, subject to limited exceptions, individual debtors must complete an instructional course in personal financial management in order to receive a discharge under Chapter 7 (11 U.S.C. § 727), Chapter 11 (11 U.S.C. § 1141(d)(3)) and Chapter 13 (11 U.S.C. § 1328(g)). Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, unless an approved provider of the course has notified the court that the debtor has completed the course after filing the petition, the debtor(s) must complete and file a Certification About a Financial Management Course (Official Form 423) as described in 11 U.S.C. § 111 within the timelines specified below:

**To comply with this requirement the debtor(s) must complete the financial management course AFTER the filing of the petition. If the certificate of completion of the financial management course pre−dates the filing of the petition the case may be closed without entry of an Order of Discharge.**

**CHAPTER 7:** The certification must be filed within 60 days after the date first set for the Section 341 Meeting of Creditors. In converted cases, the certification must be filed no later than 60 days after the date first set for the Chapter 7 Section 341 Meeting of Creditors.

**CHAPTER 11 and 13:** The certification must be filed no later than the last payment made as required by the plan OR the filing of a motion for entry of a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code.

   Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the certification, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: June 12, 2019

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**Service**: Service by the Court to all parties in interest

   *\*NOTE: Official Form 423 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) is available on the court's website and may be used for this purpose.*