Certificate Number: 03088-FLN-DE-032505882

Bankruptcy Case Number: 19-10059



03088-FLN-DE-032505882

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 26, 2019</u>, at <u>5:09</u> o'clock <u>PM CDT</u>, <u>Maame-Mensima A Horne</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Florida</u>.

Date: <u>March 26, 2019</u>        By: <u>/s/Doug Tonne</u>

Name: <u>Doug Tonne</u>

Title: <u>Counselor</u>