```
                           United States Bankruptcy Court
                             Northern District of Florida
In re:                                                           Case No. 19-10059-KKS
Maame-Mensima Albertha Horne                                     Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1129-1          User: admin             Page 1 of 1            Date Rcvd: Jul 02, 2019
                              Form ID: 318            Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2019.
db          +Maame-Mensima Albertha Horne,    1034 NE 31st Avenue,    Gainesville, FL 32609-2336
smg         +U.S. Attorney (Tallahassee Office),    111 N. Adams Street,    Fourth Floor,
              Tallahassee, FL 32301-7736
2266741     +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
2266742     +Doctor's Ambulance Service,    23091 Terra Drive,    Laguna Hills, CA 92653-1368
2266743     +Fidelity Creditor Service,    Attn: Bankruptcy,    441 North Varney Street,
              Burbank, CA 91502-1733
2266745      Mount Sinai Physicians Group,    P.O. Box 27761,    New York, NY 10087-7761

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: FLDEPREV.COM Jul 03 2019 06:58:00      Florida Dept. of Labor/Employment Security,
              c/o Florida Dept. of Revenue,    P.O. Box 6668,    Tallahassee, FL  32314-6668
smg            EDI: FLDEPREV.COM Jul 03 2019 06:58:00      Florida Dept. of Revenue,    Bankruptcy Unit,
              P.O. Box 6668,    Tallahassee, FL  32314-6668
2266746     +EDI: DRIV.COM Jul 03 2019 06:58:00      Santander Consumer USA,    Chrysler Capital,
              Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2266744      ##+Fidelity Creditors Service,    216 S Louise St.,    Glendale, CA 91205-1637
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2019 at the address(es) listed below:
              Barbara A. Cusumano    on behalf of Debtor Maame-Mensima Albertha Horne Barbara@BarbaraDebtLaw.com,
               BarbaraDebtLaw.CaseManager@gmail.com
              Theresa M. Bender    tmbenderch7@gmail.com,
               FL62@ecfcbis.com;tbenderassist@yahoo.com;tmbenderch7@ecf.inforuptcy.com
              United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Maame−Mensima Albertha Horne** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx−xx−7247** <br> EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Florida** | | |
| Case number:  **19−10059−KKS** | | |

## Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Maame−Mensima Albertha Horne

7/2/19

**By the court:**  Karen K. Specie
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**