Maame-Mensima Horne
3501 S McClintock Dr. #2022
Tempe, FL 85282
(480) 696-9586
maame.horne@gmail.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF FLORIDA

| MAAME-MENSIMA HORNE, | Case No.: 19-10059-KKS |
|---|---|
| Debtor, | |
| | MOTION TO REOPEN CASE |

Dear Judge Karen K. Specie:

      I am filing a motion to reopen my Chapter 7 bankruptcy case which was discharged and closed on July 2, 2019. I am a medical student at Southwest College of Naturopathic Medicine and was informed by Federal Student Aid that I do not qualify for a Grad Plus Loan unless I have an endorser or convert my Chapter 7 to a Chapter 13 bankruptcy. Because I am unable to obtain an endorser, I am submitting this pleading to convert my bankruptcy to Chapter 13 so that I can meet my financial obligations for the remainder of the quarter and as needed for the next 3.5 years. Initially, I hoped to work to cover my additional expenses this quarter but trying to balance working with studying full-time in my home under these new conditions have proven challenging. As a result, my stress and anxiety about my financial wellbeing has increased as well. Currently, the only debt I carry is my student loans and this conversion may change that, but it is important that I minimize my current stress. I will continue to apply for scholarships and work study jobs to minimize my overall student loan debt but I recognize that I also need to ensure that I can meet all of my financial needs.

      Thank you for reading my pleading and I await your response.

      Dated this 14th day of May, 2020.

      /s/ *Maame-Mensima Horne*

MOTION TO REOPEN CASE - 1