Form ID ltrfeemt

# UNITED STATES BANKRUPTCY COURT
## Northern District of Florida
110 East Park Avenue, Suite 100
Tallahassee, Florida 32301

Traci E. Abrams                                                                                              (850) 521−5001
Clerk of Court                                                                                               (888) 765−1752

May 20, 2020

Maame−Mensima Horne
3501 S McClintock Dr. #2022
Tempe, AZ 85282
Re:   Maame−Mensima Albertha Horne
      19−10059−KKS
      Delinquent Filing Fees


    On May 14, 2020, our court received a(n) Motion to Reopen in the above referenced case. This document requires a fee in the amount of 260.00 which was not received with the filing. You must pay this fee in full immediately.

    Fees may be paid in cash or by cashier's check or money order made payable to "Clerk, U.S. Bankruptcy Court." **Personal checks are not accepted**. Remit your cashier's check or money order payment to:

                    U.S. Bankruptcy Court
                    110 E. Park Ave., Ste. 100
                    Tallahassee, FL 32301


    **YOUR IMMEDIATE ACTION IS REQUIRED** or the pleading may be stricken from the docket. Further, unpaid filing fees due from debtors may result in the case being closed without entry of a discharge.

                    Sincerely,

                    /s/ Traci Abrams
                    Traci Abrams
                    Clerk of Court

/jha