Maame-Mensima Horne
3501 S McClintock Dr. #2022
Tempe, FL 85282
(480) 696-9586
maame.horne@gmail.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF FLORIDA

| MAAME-MENSIMA HORNE, | Case No.: 19-10059-KKS |
|---|---|
| Debtor, | |
| | **MOTION TO WAIVE THE REOPEN FEE** |

Dear Judge Karen K. Specie:

     I filed a motion to reopen my Chapter 7 bankruptcy case which was discharged and closed on July 2, 2019. I am a medical student at Southwest College of Naturopathic Medicine and was informed by Federal Student Aid that I do not qualify for a Grad Plus Loan without an endorser unless I convert my Chapter 7 to a Chapter 13 bankruptcy. When I received notification that I was not approved for the Graduate Plus Loan to cover the remaining costs for this quarter, I reached out to Barbara Cusumano, the attorney who helped me file Chapter 7 bankruptcy. She stated that she was unaware of the requirement of conversion for access to student aid and persuaded me against it. Instead, she suggested I find an endorser or get a credit card. At that time, I could have paid the filing fee.

     For the past two months, I have humbly asked family and friends to endorse my loan but either they are not financially able or understandably, cannot afford the perceived risk at this moment. During this time, I have continued to my fulfill my financial obligations, taking classes and working my part-time jobs as I could with the stress of medical school, now online and everything else. Last week, I hit a low because I cannot pay rent for the next two months unless I have access to the Grad Plus Loan. This lead me to call the court so I could appeal to reopen this case. I did not realize there was $260 fee to reopen the case. I only knew there was no fee to convert my bankruptcy to Chapter 13 prior to filing my motion. At this moment I have $40 in my account. Next week, my paycheck is allocated to utilities, the remainder of May's rent and food. I have budgeted the next 3 years with the assistance of my advisor based my access to government aid including workstudy and part-time work.

     I am humbly asking the court to waive the fee to reopen this case so I can take care of my responsibilities and prioritize my academics. Thank you for your time and I await your response.

MOTION TO WAIVE THE REOPEN - 1

**CERTIFICATE OF SERVICE**

I hearby certify on the 21st day of May, 2020, a complete copy of the above "Motion to waive the reopen fee" was sent via email to Filings@flnb.uscourts.gov

Dated this 21st day of May, 2020.

/s/ *Maame-Mensima Horne*

MOTION TO WAIVE THE REOPEN - 2