United States Bankruptcy Court
Northern District of Florida

In re:  
Maame-Mensima Albertha Horne  
      Debtor

Case No. 19-10059-KKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1129-1     User: jhawkins     Page 1 of 1     Date Rcvd: May 20, 2020  
                       Form ID: ltrfeemt     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2020.
```
db           +Maame-Mensima Albertha Horne,    1034 NE 31st Avenue,    Gainesville, FL 32609-2336
             +Maame-Mensima Horne,    1034 NE 31st Avenue,    Gainesville, FL 32609-2336
             +Maame-Mensima Horne,    3501 S McClintock Dr. #2022,    Tempe, AZ 85282-5874
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2020 at the address(es) listed below:
```
          Barbara A. Cusumano    on behalf of Debtor Maame-Mensima Albertha Horne Barbara@BarbaraDebtLaw.com,
           BarbaraDebtLaw.CaseManager@gmail.com
          United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
```
                                                                                                                                                                                                                                                         TOTAL: 2

Form ID ltrfeemt

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
110 East Park Avenue, Suite 100
Tallahassee, Florida 32301

Traci E. Abrams  (850) 521−5001
Clerk of Court  (888) 765−1752

May 20, 2020

Maame−Mensima Horne
3501 S McClintock Dr. #2022
Tempe, AZ 85282
Re:   Maame−Mensima Albertha Horne
      19−10059−KKS
      Delinquent Filing Fees

   On May 14, 2020, our court received a(n) Motion to Reopen in the above referenced case. This document requires a fee in the amount of 260.00 which was not received with the filing. You must pay this fee in full immediately.

   Fees may be paid in cash or by cashier's check or money order made payable to "Clerk, U.S. Bankruptcy Court." **Personal checks are not accepted**. Remit your cashier's check or money order payment to:

> U.S. Bankruptcy Court
> 110 E. Park Ave., Ste. 100
> Tallahassee, FL 32301

   **YOUR IMMEDIATE ACTION IS REQUIRED** or the pleading may be stricken from the docket. Further, unpaid filing fees due from debtors may result in the case being closed without entry of a discharge.

Sincerely,

/s/ Traci Abrams
Traci Abrams
Clerk of Court

/jha