FORM nhgnrlp (Rev. 06/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

In Re:  Maame−Mensima Albertha Horne  　　　　　Bankruptcy Case No.:   19−10059−KKS
　　　　SSN/ITIN: xxx−xx−7247
　　　　　Debtor

　　　　　　　　　　　　　　　　　　　　　　　　Chapter:  7
　　　　　　　　　　　　　　　　　　　　　　　　Judge:  Karen K. Specie

**Notice of  Non Evidentiary Hearing via Telephone Conference**

　　PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held via CourtCall, on July 2, 2020, at 10:30 AM, Eastern Time.

　　*18* − Motion to Reopen Chapter 7 Case ( Fee Amount $260 ) received by email; Filed by Maame−Mensima Albertha Horne. (Hawkins, J.)

　　*20* − Motion to Waive the Reopen Fee received by email; Filed by Maame−Mensima Albertha Horne. (Hawkins, J.)

Dated: May 29, 2020　　　　　　　　　　　　　　FOR THE COURT
　　　　　　　　　　　　　　　　　　　　　　　　Traci E. Abrams, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　　110 E. Park Ave., Ste. 100
　　　　　　　　　　　　　　　　　　　　　　　　Tallahassee, FL 32301

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582−6878 <u>not later than 3:00 p.m. one day prior to the hearing</u> to schedule their appearance. In an emergency, you may contact chambers at (850) 521−5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.

**SERVICE:**  Service by the Court pursuant to applicable Rules.