```
                          United States Bankruptcy Court
                           Northern District of Florida
In re:                                                          Case No. 19-10059-KKS
Maame-Mensima Albertha Horne                                    Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1129-1          User: jnah              Page 1 of 1            Date Rcvd: May 29, 2020
                              Form ID: nhgnrlp        Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
db             +Maame-Mensima Albertha Horne,    1034 NE 31st Avenue,    Gainesville, FL 32609-2336
2266741        +Amex/Bankruptcy,    Correspondence,   Po Box 981540,    El Paso, TX 79998-1540
2266742       #+Doctor's Ambulance Service,    23091 Terra Drive,    Laguna Hills, CA 92653-1368
2266743        +Fidelity Creditor Service,    Attn: Bankruptcy,    441 North Varney Street,
                 Burbank, CA 91502-1733
2266744        +Fidelity Creditors Service,    216 S Louise St.,    Glendale, CA 91205-1637
2266745         Mount Sinai Physicians Group,    P.O. Box 27761,    New York, NY 10087-7761
2266746        +Santander Consumer USA,    Chrysler Capital,   Attn: Bankruptcy,    Po Box 961245,
                 Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2020 at the address(es) listed below:
              Barbara A. Cusumano    on behalf of Debtor Maame-Mensima Albertha Horne Barbara@BarbaraDebtLaw.com,
               BarbaraDebtLaw.CaseManager@gmail.com
              United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                                                                                             TOTAL: 2
```

FORM nhgnrlp (Rev. 06/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

In Re:  Maame−Mensima Albertha Horne  
    SSN/ITIN: xxx−xx−7247  
    Debtor

Bankruptcy Case No.:  19−10059−KKS

Chapter:  7  
Judge:  Karen K. Specie

**Notice of Non Evidentiary Hearing via Telephone Conference**

    PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held via CourtCall, on July 2, 2020, at 10:30 AM, Eastern Time.

    *18* – Motion to Reopen Chapter 7 Case ( Fee Amount $260 ) received by email; Filed by Maame−Mensima Albertha Horne. (Hawkins, J.)

    *20* – Motion to Waive the Reopen Fee received by email; Filed by Maame−Mensima Albertha Horne. (Hawkins, J.)

Dated: May 29, 2020

FOR THE COURT  
Traci E. Abrams, Clerk of Court  
110 E. Park Ave., Ste. 100  
Tallahassee, FL 32301

**TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582−6878 not later than 3:00 p.m. one day prior to the hearing to schedule their appearance. In an emergency, you may contact chambers at (850) 521−5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.

**SERVICE:**  Service by the Court pursuant to applicable Rules.